**FILED by** **MC** **D.C.**

**Jun 7, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 23-20238-CR-WILLIAMS/REID

CASE NO. _____

**18 U.S.C. § 1546(a)**

**UNITED STATES OF AMERICA**

vs.

**ASTRYD JOSEFINA PEREZ SILVA,**

   **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about May 22, 2023, at Miami International Airport, in Miami-Dade County, in the

Southern District of Florida, the defendant,

### ASTRYD JOSEFINA PEREZ SILVA,

did knowingly possess a document prescribed by statute and regulation for entry into and as

evidence of authorized stay and employment in the United States, that is, a Lawful Permanent

Resident Card ("I-551") and Social Security Card, which the defendant knew to be forged,

counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section

1546(a).

A TRUE BILL

█████████████████

FOREPERSON

Wayl~~~ for
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

VANESSA E. BONHOMME
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**                          **CASE NO.:** _____

**v.**

ASTRYD JOSEFINA PEREZ SILVA,                          **CERTIFICATE OF TRIAL ATTORNEY**
_____/
                Defendant.                            **Superseding Case Information:**
                                                      New Defendant(s) (Yes or No) _____
**Court Division** (select one)                       Number of New Defendants _____
   ☒ Miami    ☐ Key West    ☐ FTP    Total number of counts _____
   ☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes____
   List language and/or dialect: Spanish_____

4. This case will take __1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days           ☐ Petty
   II   ☐ 6 to 10 days          ☐ Minor
   III ☐ 11 to 20 days         ☐ Misdemeanor
   IV ☐ 21 to 60 days          ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No____

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No____

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No____

15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____

By: _____

VANESSA E. BONHOMME
Assistant United States Attorney
Court ID No.    A5502983

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ASTRYD JOSEFINA PEREZ SILVA

**Case No:**

Count #: 1

Fraud and Misuse of Visas, Permits, and Other Documents

**\* Max. Term of Imprisonment:   10 years**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: 3 years**
**\* Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**